**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MURILO DE OLIVEIRA QUEIROZ,
CARMEN EDUARDO SOARES
QUEIROZ and LEON SOARES
QUEIROZ,

    Plaintiffs,

v.                                                Case No.: 6:23-cv-440-WWB-DCI

CHIEF IMMIGRANT INVESTOR
PROGRAM U.S. CITIZENSHIP AND
IMMIGRATION SERVICES, DIVISION
CHIEF IMMIGRANT INVESTOR
PROGRAM U.S. CITIZENSHIP AND
IMMIGRATION SERVICES, DIRECTOR
U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, SECRETARY U.S.
DEPARTMENT OF HOMELAND
SECURITY and ATTORNEY GENERAL
U.S. U.S. DEPARTMENT OF JUSTICE,

    Defendants.

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Doc. 19). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on June 8, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record